JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | 2:21-cv-06382-SB-RAO | | Date: | 11/19/2021 |
|---|---|---|---|---|

| Title: | *Tibrea L. Cagle v. Amor L. Armour et al.* |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Victor Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**     **[In Chambers] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND [Dkt. No. 34]**

Plaintiff filed this personal injury action in Los Angeles Superior Court. Dkt. No. 1-1. Plaintiff named Amor Armour (who was driving the car that hit Plaintiff), Maven Drive LLC, and Maven Lsg, Ltd. LSR as Defendants. *Id*. Defendant Maven Drive removed this case to federal court on August 6, 2021 based on the court's diversity jurisdiction.[1] Notice of Removal, Dkt. No. 1. Defendants Maven Drive and Maven Lsg have since been dismissed from this action as having been improperly named. Dkt. No. 22. Plaintiff and the only remaining Defendant, Amor Armour, are both citizens of California. Plaintiff has filed an unopposed Motion to Remand this action pursuant to 28 U.S.C. § 1447(e), which the Court finds suitable for resolution without oral argument. Fed. R. Civ.

---

[1] Maven Drive, the only Defendant served at the time of removal, is a Delaware limited liability company with its principal place of business in Michigan. Notice of Removal at 3. Defendant Armour has since been properly served. Dkt. No. 33.

P. 78; L.R. 7-15.  As the Court lacks diversity jurisdiction, Plaintiff's Motion is **GRANTED**, and this case is **remanded** to Los Angeles Superior Court.